# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

UNITED STATES OF AMERICA

                            Plaintiff,

v.                                                    Case No.: 1:10–cr–00927
                                                      Honorable Amy J. St. Eve

Erik Shamsud–Din

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 31, 2012:

        MINUTE entry before the Honorable Amy J. St. Eve: as to Erik Shamsud–Din:
Defendants motion in limine to exclude the expert testimony of Dr. Cooper is denied, as is
Defendants motion for a Daubert hearing [92]. [For further details see separate
Memorandum Opinion and Order.] Mailed notice (kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.